3475.  TAYLOR *v.* KNOWLES, executor.

POWELL, J. The plaintiff's petition disclosing that if he ever had a valid cause of action it had been ended by an executed compromise, the court did not err in dismissing it on demurrer.

*Judgment affirmed.*

DECIDED JANUARY 15, 1912.  REHEARING DENIED FEBRUARY 27, 1912.

Action for breach of warranty; from city court of Floyd county —Judge Reece. May 10, 1911.

*Henry Walker*, for plaintiff.

*Dean & Dean, J. M. Hunt*, for defendant.